UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED -PS-

2008 JUN 13  AM 11: 53

U.S. DISTRICT COURT
W.D.N.Y. - BUFFALO

---

GEORGE BOOMER, a/k/a/
SOLOMON BOOMER, 94-A-4650,

        Petitioner,

    -v-

JAMES CONWAY,

        Respondent.

**DECISION AND ORDER**
08-CV-6240L

---

    Petitioner, an inmate at the Attica Correctional Facility, has brought this proceeding under 28 U.S.C. § 2254. Petitioner seeks to challenge a conviction reached in the Supreme Court located in Albany County, New York. The Court finds that the Northern District of New York would be a more convenient forum for this action because all of the records relating to the petitioner's underlying criminal conviction are located in that district. See Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 499, n.15, 93 S.Ct. 1123, 1132, n.15, 35 L.Ed.2d 443 (1973). The determination of the petitioner's motion for permission to proceed *in forma pauperis* has been left to the Northern District of New York.

    IT HEREBY IS ORDERED, that the case is transferred to the United States

District Court for the Northern District of New York.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: _____June 12_____, 2008